1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| 10 | UNITED STATES OF AMERICA, | ) | No. CR-98-184 MMC |
| 11 | Plaintiff, | ) | [PROPOSED] ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| 12 | vs. | ) | |
| 13 | CARL WILLIAMS, | ) | |
| 14 | Defendant. | ) | |

15

16    Pursuant to the joint recommendation of the parties and the Probation Office,

17    It is ~~additionally~~ ORDERED that the defendant comply with the following additional

18 supervised release condition:

19    1.    The defendant shall abstain from contacting, in any manner, Demetar Jordan, and

20          shall also refrain from responding to any and all contact initiated by Ms. Jordan.

21          This includes, but is not limited to, in-person contact, telephone contact (including

22          phone calls and text messaging), contact by computer (including email, instant

23          messaging, all social media outlets such as Facebook) and any third party contact

24          (meaning that Mr. Williams cannot utilize a third party to initiate any of the

25          aforementioned modes of contact to reach Ms. Jordan.)

26    2.    If Ms. Jordan attempts to contact Mr. Williams, it is further ordered that Mr.

Williams advise his Probation Officer and his attorney immediately; he is not to respond to any efforts made by Ms. Jordan to contact him.

.    3.    All other terms and conditions of supervised release remain in full force and effect.

DATED:  February 21, 2014

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

Cr-98-184 MMC; Order for Modification of
Supervised Release                                                2